**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*9:20 am, Feb 26, 2026*
**JEFFREY P. COLWELL, CLERK**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _____

(To be supplied by the court)

_____VICKY OVERTURF_____, Plaintiff

v.

**Jury Trial requested:**
**(please check one)**
**__X_ Yes ___ No**

____SEE ATTACHED_____,

_____,

_____,

_____, Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

---

## COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

Vicky Overturf  2165 Pioneer Road   Delta, Colorado 81416
(Name and complete mailing address)

970-985-2239    sgtmahoney20@gmail.com
(Telephone number and e-mail address)

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

Defendant 1:      Officer Kavan Trujillo 359 Grand Ave. Delta, Colorado 81416
(Name and complete mailing address)

970-874-7676
(Telephone number and e-mail address if known)

Defendant 2:    Officer Kali Henderson 359 Grand Ave. Delta, Colorado 81416
(Name and complete mailing address)

970-874-7676
(Telephone number and e-mail address if known)

Defendant 3:    Delta Police Department 359 Grand Ave. Delta, Colorado 81416
(Name and complete mailing address)

970-874-7676
(Telephone number and e-mail address if known)

Defendant 4:    City of Delta  360 Main Street Delta, Colorado 81416
(Name and complete mailing address)

970-874-7903 cityofdelta.net/
(Telephone number and e-mail address if known)

**C.   JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

  x  Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

42 U.S.C.§ 1983- U.S. Constitution, Fourteenth Amendment(Due Process and Equal

  Protection Clauses).

_____ Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of _____.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

(*If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.*)

### D.    STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action.  For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim.  You do not need to cite specific legal cases to support your claim(s).  If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s).  Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:   UNLAWFUL DETENTION-42 U.S.C.§1983-FOURTH AND FOURTEENTH AMENDMENTS
plaintiff was unlawfully detained on February 29, 2024, when Officer Trujillo prolonged the stop beyond its lawful scope without reasonable suspicion and withheld the purpose of the detention. Officer Henderson arrived and continued the unlawful detention despite the absence of any legal justification. The Delta Police Department and the City of Delta enabled this conduct through inadequate supervision, failure to discipline officers with known misconduct histories, and policies or customs that tolerate unconstitutional detentions. The POST Board failed to ensure that both officers were properly trained in constitutional limits on detention, despite documented off-duty misconduct by Henderson that should have triggered corrective action. The 7th Judicial District Attorney reinforced the unlawful detention by pursuing charges arising from it. The Colorado Attorney General, responsible for statewide oversight of law enforcement accountability under SB20-217, failed to prevent or correct these constitutional  violations

Supporting facts:

SEE ATTACHED "D.STATEMENT OF CLAIMS"

4

## E.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do.  If additional space is needed to identify the relief you are requesting, use extra paper to request relief.  Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

Plaintiff respectfully requests that this Court enter judgment in her favor and against all defendants for the constitutional and statutory violations described above, and award all appropriate relief necessary to make her whole. With respect to Count 2 (Malicious Prosecution), Plaintiff seeks compensatory damages in an amount not less than $50,000, subject to proof at trial. With respect to Count 5 (Government-Induced Defamation / Stigma-Plus Doctrine), Plaintiff seeks compensatory damages in an amount not less than $100,000, subject to proof at trial. Plaintiff further seeks compensatory damages for the emotional distress, reputational harm, loss of liberty, and other injuries caused by the unlawful detention, warrantless searches, fabrication of evidence, and related misconduct. Plaintiff also seeks punitive damages against the individual officers for their reckless and intentional violations of her constitutional rights, as well as declaratory relief finding that defendants' actions violated the United States Constitution and the Colorado Constitution. Plaintiff requests injunctive relief requiring the City of Delta, the Delta Police Department, the POST Board, the 7th Judicial District Attorney, and the Colorado Attorney General to implement appropriate training, supervision, and accountability measures to prevent similar violations in the future. Plaintiff seeks reasonable attorney's fees and costs under 42 U.S.C. § 1988, and any additional relief the Court deems just and proper.

## F.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

VICKY OVERTURF
(Plaintiff's signature)

FEBRUARY 25, 2026
(Date)

(Revised February 2022)

6